IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SILVIO MARTINEZ LAGUNA and NOEL ALBERTO RAMOS CASTILLO,<br><br>    Petitioners,<br><br>v.<br><br><br>MICHAEL ROSE, Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement et al.,<br>    Respondents. | PETITION FOR WRIT OF HABEAS CORPUS<br><br>No. 26-cv-312 |

## ORDER

**AND NOW,** this 26th day of January, 2026, upon consideration of Mr. Martinez Laguna and Mr. Ramos Castillo's Petition for Writ of Habeas Corpus (ECF No. 1), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Petition is **GRANTED** as follows:

1. Mr. Martinez Laguna and Mr. Ramos Castillo are not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and are instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

2. The Government shall **RELEASE** Mr. Martinez Laguna and Mr. Ramos Castillo from

custody immediately and certify compliance with the Court's Order by filing an entry on the docket no later than 12:00 p.m. ET on February 2, 2026;

3. The Government is temporarily enjoined from re-detaining Mr. Martinez Laguna and Mr. Ramos Castillo for seven days following their release from custody;

4. If the Government chooses to pursue re-detention of Mr. Martinez Laguna or Mr. Ramos Castillo after that seven-day period, it must first provide them with a bond hearing where an Immigration Judge shall determine whether detention is warranted pending the resolution of their removal proceedings; and

5. Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Mr. Martinez Laguna or Mr. Ramos Castillo from the Commonwealth of Pennsylvania before the ordered bond hearing. If the Immigration Judge determines that Mr. Martinez Laguna or Mr. Ramos Castillo is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from me to move Mr. Martinez Laguna or Mr. Ramos Castillo if unforeseen or emergency circumstances arise that require either of them to be removed. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Mr. Martinez Laguna or Mr. Ramos Castillo.

The Clerk of Court shall mark this case closed.

    _s/ANITA B. BRODY, J._____  
    ANITA B. BRODY, J.